**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **RICHARD RAYES,** | ) | **CASE NO. 4:14CV3158** |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **DIANE SABATKA-RINE, Warden,** | ) | |
| **NEBRASKA STATE PENITENTIARY,** | ) | |
| **MICHAEL KENNEY, Director,, and** | ) | |
| **NEBRASKA DEPARTMENT OF** | ) | |
| **CORRECTIONAL SERVICES,** | ) | |
| | ) | |
| **Respondents**. | ) | |
| | ) | |

This matter is before the Court on Petitioner's "Motion for Order for Production of Documents" (Filing No. 24). Petitioner asks this Court to compel Respondents to allow him to purchase legal case citations and Federal Statutes at ten cents per page "so that he can answer the [Respondents'] Motions and Briefs." (*Id.* at ECF 1.) However, Petitioner has already filed a brief opposing Respondents' Motion. (*See* Filing No. 22.) Therefore, such an order is unnecessary. Moreover, nothing in Petitioner's motion suggests that he is unable to prosecute this action because of inadequate access to the law library and legal materials. Accordingly,

IT IS ORDERED : Petitioner's "Motion for Order for Production of Documents" (Filing No. 24) is denied.

DATED this 8th day of January, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge